Frank J. Atwood #062887
AZ State Prison - Eyman
Box 3400 (Browning Unit)
Florence, AZ 85132
[Pro Se Prisoner Plaintiff]

☒ FILED  ☐ LODGED
**Jan 29 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In the United States District Court
for the District of Arizona

| | |
|---|---|
| Frank Jarvis Atwood, Plaintiff, vs. Panann Days, et al., Defendants. | Case No. CV-20-00623-PHX-JAT (JZB) Plaintiff Declaration in Support of Motion to Compel Documents (Assigned to Magistrate Judge Boyle) |

Frank Jarvis Atwood, under penalty of perjury, declares:

1. I am the Plaintiff in this case and author this Declaration in support of my Motion to Compel Discovery.

2. I served a request for production of documents on defense counsel for Defendant Centurion on November 26, 2020.

3. Def. Centurion "responded" on 28 December 2020 [ref., Doc. 83].

4. Said "response" encompassed the denial of even a single page of disclosure [ref., Brief in Support @ Attchmt. A].

5. On Jan. 4, 2021, I requested a legal call with defense counsel and was advised that calls with civil attorneys were no longer authorized — only calls to an atty. representing an inmate on his/her commitment offense were allowed. Additionally, as the Court is aware, all visitation has been suspended; I have no way to meet with or to telephone defense counsel.

6. I wrote defense counsel on 4 Jan 2021 [ref., Brief in Support @ Attchmt. B] as my sole option to resolve discovery disputes in good faith.

7. Ensuant weeks found defense counsel having made zero reciprocal good faith effort to discuss production needs.

8. I own no alternative for obtaining requested documents; Def. Centurion will not let me access/review mental health records, nor timely review and copy medical records. I possess no internet access to research policies.

Dated this 29th day of January, 2021.

_Frank Atwood / Declarant_

Certificate of Service

I certify having delivered this document to the law librarian on January 29, 2021, for electronic filing with the Court and defense counsel.

_Frank Atwood / Certificant_   1/29/21

1