David A. Lane (*pro hac vice*)
Reid Allison (*pro hac vice*)
Killmer, Lane & Newman, LLP
1543 Champa Street
Denver, Colorado 80202
Telephone: 303-571-1000
Email: dlane@kln-law.com
Email: rallison@kln-law.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No.: CV-20-00623-PHX-JAT (JZB) |
| Plaintiff, | **STIPULATED MOTION TO DISMISS STATE DEFENDANTS** |
| v. | |
| Panaan Days; *et al.*, | |
| Defendants. | |

The parties by and through undersigned counsel here by submit the following Stipulated Motion to Dismiss State Defendants and in support thereof state as follows:

1.  Plaintiff has agreed to voluntarily dismiss his claims against the State Defendants: Violetray Arnold, Panaan Days, Sean Lopez, David Shinn, and Travis Scott with prejudice, each side to bear its own fees and costs.

2.  Plaintiff will continue to pursue his claims against the medical Defendants, and Plaintiff does not release, limit, waive, setoff or compromise in any manner whatsoever his claims, causes of action, theories or allegations against any remaining Defendants.

1

3. Counsel for Plaintiff, David A. Lane, certifies that he conferred with counsel for the State Defendants, Ashley Zuerlein via email regarding the relief requested herein; Defendants do not oppose this relief.

WHEREFORE, Plaintiff respectfully requests this Court grant his motion to Dismiss Defendants Arnold, Days, Lopez, Shinn, and Scott, with prejudice, each side to bear their own fees and costs.

RESPECTFULLY submitted this 2nd day of March, 2022.

*s/ David A. Lane*
David A. Lane (*pro hac vice*)
Reid Allison (*pro hac vice*)
KILMER, LANE & NEWMAN, LLP
1543 Champa Street
Denver, Colorado 80202
Telephone: 303-571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Plaintiffs*

*s/*
Ashley B. Zuerlein, #029541
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Phone: 602-542-7614
Fax: 602-542-7670
Ashley.Zuerlein@azago.gov
*Attorney for State Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of March 2022 I electronically filed the foregoing **STIPULATED MOTION TO DISMISS STATE DEFENDANTS** with the Court via CM/ECF which will generate emailed notice via CM/ECF to all participates in the case who are registered with CM/ECF.

*s/ Jamie Akard*
Paralegal

.