MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV 20-00623-PHX-JAT (JZB) |
| Plaintiff, | |
| v. | **ORDER** |
| Panann Days, et al., | |
| Defendants. | |

Pending before the Court is a Stipulated Motion to Dismiss State Defendants in which Plaintiff voluntarily agrees to dismiss with prejudice the claims against Defendants Arnold, Days, Lopez, Shinn, and Scott, with each side to bear their own fees and costs. (Doc. 201.) Plaintiff states that he will continue to pursue his claims against the remaining Defendants. (*Id.*)

The Court will accept the Stipulation. Although the Parties to the Stipulation did not address the pending Motions for Summary Judgment filed by Defendants Scott and Shinn (Doc. 181) and Defendants Arnold, Days, and Lopez (Doc. 188), the Stipulation renders those Motions moot.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is **withdrawn** as to the Stipulated Motion to Dismiss State Defendants (Doc. 201), Defendants Shinn and Scott's Motion for Summary Judgment (Doc. 181), and Defendants Arnold, Days, and Lopez's Motion for Summary Judgment (Doc. 188).

(2) The Stipulated Motion to Dismiss State Defendants (Doc. 201) is **granted**. Defendants Arnold, Days, Lopez, Shinn, and Scott and the claims against them are **dismissed with prejudice** from this action, which the parties each to bear their own fees and costs.

(3) Defendants Shinn and Scott's Motion for Summary Judgment (Doc. 181) and Defendants Arnold, Days, and Lopez's Motion for Summary Judgment (Doc. 188) are **denied as moot**.

(4) The remaining claims are Plaintiff's Eighth Amendment medical care claims against Defendants Centurion and Olmstead.

Dated this 7th day of March, 2022.

James A. Teilborg
Senior United States District Judge